# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LONDIAE HAYES,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) ) Case No. 3:20-CV-01224-MAB |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) ) ) ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States Magistrate Judge Mark A. Beatty (Doc. 33), the Commissioner's final decision denying Plaintiff's application for social security disability benefits is **AFFIRMED**.

Judgment is entered in favor of Defendant Commissioner of Social Security and against Plaintiff Londiae Hayes.

DATED: September 30, 2022

> MONICA A. STUMP,
> Clerk of Court
>
> BY:  /s/ *Jennifer Jones*
>   **Deputy Clerk**

APPROVED:  /s/ Mark A. Beatty
  **MARK A. BEATTY**
  **United States Magistrate Judge**